B18J
(7/99)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

US Bankruptcy Court
801 E Sherman
Pocatello, ID 83201

U.S. Courts
Rec'd ____ Filed ____

JAN 24 2003

Cameron S. Burke
Clerk, Idaho

Case Number: 02-42017
Chapter 7

IN RE Julie Marie Bergquist, 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

# DISCHARGE AND CLOSING ORDER OF DEBTOR

It appearing that debtor is entitled to a discharge,

IT IS ORDERED:

The debtor is granted a discharge under section 727 of title 11, United States Code (the Bankruptcy Code); and

The trustees report of no distribution is approved, the trustee is discharged from and relieved of the trust, the surety or sureties thereon are released from further liability thereunder, except which may have accrued during the same time such a bond was in effect and the estate is **CLOSED.**

Dated: 01/24/03

BY THE COURT

Jim D Pappas
United States Bankruptcy Judge

SEE NEXT PAGE FOR IMPORTANT INFORMATION

*Set forth all names, including trade names, used by the debtor within the last 6 years (Federal Rule of Bankruptcy Procedure 1005)*

000046

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0976-4           User: cathys                 Page 1 of 1                    Date Rcvd: Jan 27, 2003
Case: 02-42017                 Form ID: D17                 Total Served: 19

The following entities were served by first class mail on Jan 29, 2003.
db          Julie Marie Bergquist,    236 S 1st W Apt 202,    Rexburg, ID   83440
aty         W Brent Eames,    41 Professional Plaza,    Rexburg, ID   83440
tr          R Sam Hopkins,    POB 3014,    Pocatello, ID   83206-3014
ust         United States Trustee,    POB 110,    Boise, ID   83701
1977092     A T & T Wireless Utah,    PO Box 78224,    Phoenix, AZ   85062
1977093     American Express,    Suite 0001,    Chicago, IL   60679
1977091     American General,    Payment Procession Center,    PO Box 54770,    Los Angeles, CA   90054
1977094     Capital One Visa,    PO Box 26074,    Richmond, VA   23260
1977095     Community First Naitonal Bank,    3856 W. 5400 S.,    Salt Lake City, UT   84118
1977096    +Discover Card (Platinum),    PO Box 15156,    Wilmington, DE 19850-5156
1977087     Idaho State Tax Comm,    POB 36,    Boise ID 83722
1977088     Julie Marie Bergquist,    236 S. 1st West Apt. # 202,    Rexburg, Idaho   83440
1977097     KeyBank,    110 East Main,    Rexburg, ID   83440
1977090    +L.D. Fitzgerald,    PO Box 6199,    Pocatello, ID 83205-6199
1977098     Verizon Visa,    PO Box 6530,    The Lakes, NV   88901
1977089     W. Brent Eames,    41 Professional Plaza,    Rexburg, Idaho   83440
1977099     Wells Fargo Auto Finance,    PO Box 53499,    Phoenix, AZ   85072
1987707     Wells Fargo Bank,    POB 30095,    Walnut Cr CA 94598

The following entities were served by electronic transmission on Jan 27, 2003 and receipt of the transmission
was confirmed on:
2036823     EDI: BECKLER.COM Jan 27 2003 19:38:00     American Express Centurion Bank,    c/o Becket & Lee LLP,
             POB 3001,    Malvern PA 19355-0701
1977094     EDI: CAPITALONE.COM Jan 27 2003 19:38:00     Capital One Visa,    PO Box 26074,
             Richmond, VA   23260
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: Jan 29, 2003            Signature:  _Joseph Speetjens_